Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Grace A. Rawlins
grawlins@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:     (212) 292-5391
*Attorneys for Plaintiff*
*The Pinkfong Company, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PINKFONG COMPANY, INC., <br><br> *Plaintiff* <br><br> v. <br><br> ADAPIN, ALIU, DUOGO, FEWLIGHT, FICOOTOP-DIRECT, HEFEIHEYUKUNSHANGMAOYOUXIANGONGSI, HIPI STORE, HIRSEYY, HOMINN-US, HOYINGG, HUXING SHANGMAO, JILIMU-US, JUNGUOSHANGMAODIAN, KUNMINGSUOLIANYUANSHANGMAOYOUXIANGONGSI, LIANGBAOYING2707, LIUXIANZHI, PARTYREAL, QULUYAODE, SHENJINGSHUODEDIAN, SUN HAO PENG, WXUANX, YUNCHENGSHIYANHUQUZIXINGSHANGMAOYOUXIANGONGSI, ZHANGXUELIANG1997 and 昆明五华莞严胜商贸有限公司 a/k/a KUNMING WUHUA WANYANSHENG TRADING CO., LTD., <br><br> *Defendants* | **24-cv-3185 (LJL)** <br><br>  <br> **UNSEALING ORDER** |

1

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

SIGNED this 5 day of May, 2024.
New York, New York

_____
HON. LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE