```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/28/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE PINKFONG COMPANY INC.,

                Plaintiff,

     -v-

ADAPIN et al.,

                Defendants.
-------------------------------------------------------------------X

24-cv-3185 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    On June 14, 2024, Plaintiff filed a status letter proposing that a subsequent update would be filed no later than August 14, 2024. Dkt. Nos. 20–21.

    Plaintiff is directed to file a status letter no later than September 4, 2024.

    SO ORDERED.

Dated: August 28, 2024
       New York, New York

                                              LEWIS J. LIMAN
                                         United States District Judge